JOHN W. HUBER, United States Attorney (#7226)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399
email: michael.kennedy@usdoj.gov

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JAN 03 2019
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN D. REGAN, Defendant. | Case No. 2:19mj3 PMW <br><br>CRIMINAL COMPLAINT <br><br>VIO: 49 U.S.C. § 46504 <br><br>INTERFERENCE WITH A FLIGHT CREW <br><br><br>Chief Magistrate Judge Paul Warner |
|---|---|

Before a United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT 1

On or about January 2, 2019, in the Central Division of the District of Utah and elsewhere,

BRIAN D. REGAN,

the Defendant herein, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), did assault and intimidate flight attendants and crew members of an aircraft, thereby interfering with the performance of the duties of the flight attendants and crew members and lessening the ability of the flight attendants and crew members to perform those duties, all in violation of and punishable under 49 U.S.C. § 46504.

\* \* \*

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

I, Allen J. Christensen, being first duly sworn, depose and say:

1. I am a sergeant with the Salt Lake City Police Department, currently assigned as a TFO with the FBI's Joint Terrorism Task Force. My present assignment includes the investigation of offenses occurring at the Salt Lake International Airport and in the Special Aircraft Jurisdiction of the United States.

2. In the overnight hours of January 2-3, 2019, Jetblue Flight 916 that departed San Francisco Airport enroute to New York City was diverted into Salt Lake City International Airport due to a disorderly passenger. It was reported that a passenger by the name of BRIAN D. REGAN had become unruly during the flight after taking Ambien and consuming alcohol. Passengers reported that REGAN was

2

"banging on the tv screen" and wouldn't stay seated when asked to do so. He was reported as using profanity loud enough for others to hear.

3. Flight attendants attempted to calm REGAN down and REGAN physically grabbed the face of one of the female flight attendants, K.B., and called her and another flight attendant "fucking idiots" for refusing to serve him more alcohol when he asked for it. K.B. stated that she had to ask for passenger's assistance "for backup". K.B. wrote in a statement that REGAN "showed aggression when we cut him off from alcohol." He was eventually restrained by other passengers deemed "able bodied passengers" or ABP's at the request of flight attendants.

4. A passenger E.R. reported that he was called to assist in defusing the situation. He wrote in a statement that the passenger (REGAN) was "obviously drunk/high on something of that sort". His statement continued stating "he didn't follow rules inside the plane and kept touching, walking around and talking to everyone."

5. Another flight attendant, M.T., wrote in a statement that REGAN had advised her that he had taken an Ambien. At one point they had decided that they were not going to serve him additional alcohol due to his behavior and when he came back up to the front galley to ask for additional alcohol, "he started raising

3

his voice." The statement continued by stating "we repeatedly told him to sit down and he refused."

6. After the flight landed in Salt Lake City, the Salt Lake City Police Department met the flight at the gate. REGAN exited the plane and it was noted in the police report that REGAN was "staggering as he slowly approached us." REGAN "appeared confused as he attempted to walk up the jetway towards the concourse." The officers attempted to help REGAN into a wheelchair prior to interviewing him, but as they attempted to help him, he became aggressive towards the officers. The report states "When Officer Anaya placed his hand on Brian's back in an attempt to direct him towards the seat Brian quickly turned around in an aggressive manner and with both of his fists clenched he confronted Officer Anaya." The officers attempted to physically restrain REGAN but REGAN "physically resisted." REGAN was assisted to the ground, where he continued to resist arrest, but was subdued. He obtained a laceration on his head.

7. After the handcuffs were applied, REGAN would not stand or walk on his own to the patrol vehicle so he was carried to the vehicle by assisting officers. At the vehicle, REGAN refused to get into the vehicle and was eventually assisted into the vehicle by officers. As one of the officers attempted to apply the seatbelt for REGAN's safety, REGAN spit into the face and eye of the officer.

8. Due to the continued disorderly actions of REGAN while in Salt Lake City, he was booked into the Salt Lake County Jail on state and local charges by the Salt Lake City Police Department.

ALLEN J. CHRISTENSEN
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 3rd day of January, 2019.

PAUL M. WARNER
Chief United States Magistrate Judge

APPROVED:

JOHN W. HUBER
UNITED STATES ATTORNEY

MICHAEL KENNEDY
Assistant United States Attorney

5